IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| DELORES HUDSON | § | |
| v. | § | CIVIL ACTION NO. 9:11CV122 |
| METHODIST AMBULATORY SURGICAL HOSPITAL, *et al.* | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the complaint be dismissed with prejudice for lack of subject matter jurisdiction, but without prejudice as to the filing of a complaint based upon the same facts in an appropriate state court. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is **DISMISSED** with prejudice for lack of subject matter jurisdiction, but without prejudice to the filing of a complaint based upon the same facts in an appropriate state court. Any motion not previously ruled on is **DENIED**.

So **ORDERED** and **SIGNED** this **19** day of **September, 2011.**

_____
Ron Clark, United States District Judge